# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0896. MMA108 LLC v. ALDONA URBANTAS et al.

Given our affirmance of the grant of summary judgment to MMA108 in Case No. A21A0775, this appeal, which challenges the trial court's denial of MMA108's motion to dismiss, is rendered moot, and thus DISMISSED. See *Kaylor v. Atwell*, 251 Ga. App. 270, 274 (3) (553 SE2d 868) (2001).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/20/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.